## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4935

Assigned/Issued By: j. n.

Judge Name: dow

Designated Magistrate Judge: cole

---

**FEE INFORMATION**

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP    [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 4624008011

Date Payment Rec'd: 8-28-08    Fiscal Clerk: j. n.

---

**ISSUANCES**

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets    [ ] Other

[ ] Writ _____
(Type of Writ)

(Type of issuance)

1 Original and 1 copies on 8-28-08 as to capital h. group. llc
(Date)